CLERKS OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

October, 06, 2025

LAURA A. AUSTIN, CLERK
BY:s/ KELLY BROWN
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| AMY WALKER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No.: 7:25-CV-00014 |
| v. ) | |
| ) | |
| NEW RIVER ELECTRICAL CORPORATION, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff filed a stipulation of dismissal signed by all parties who have appeared. Accordingly, it is **ORDERED** and **ADJUDGED** that this case is dismissed without prejudice, and **STRIKEN** from the docket of the court.

Entered:  October 1, 2025

*Robert S. Ballou*

Robert S. Ballou
United States District Judge

1